# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Worley of Michigan, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00513-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| GESS RNG Biogas USA, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2024 Order.

January 18, 2024

Katherine Hord Simon, Clerk
United States District Court